IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ANGEL ABDULSAMI ABDULLAH, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7:20cv00723 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| MARTIN KUMER, *et al.*, | ) | By:   Hon. Thomas T. Cullen |
| | ) |          United States District Judge |
| Defendants. | ) | |

Plaintiff Angel Abdulsami Abdullah, a former inmate proceeding *pro se,* filed this civil rights action pursuant to 42 U.S.C. § 1983. After filing this action, Abdullah advised the court that he had been released from incarceration. (*See* ECF No. 16.) By order entered March 5, 2021, the court advised Abdullah that because he was no longer an inmate, he would not be allowed to pay the filing fee in installments under the Prison Litigation Reform Act. (*See* ECF No. 17.) The court ordered Abdullah to pay the balance of the filing fee or otherwise respond to the order within 10 days. (*Id.*) The court warned Abdullah that failure to pay the filing fee or otherwise respond to the order would result in immediate dismissal of the action without prejudice. (*Id.*) Abdullah did not respond to the court's order. Accordingly, the court will dismiss this action without prejudice for failure to comply.

**ENTERED** this 22nd day of March, 2021.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE